# Order

Michigan Supreme Court
Lansing, Michigan

December 12, 2007

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

132983(81)


MICHIGAN DEPARTMENT OF
TRANSPORTATION,
 Plaintiff-Appellant,

v

RODNEY TOMKINS and DARCY TOMKINS,
 Defendants-Appellees.

SC: 132983
COA: 256038
Kent CC: 01-007548-CC

_____


On order of the Chief Justice, the motion by Michigan Municipal League and others for leave to file a brief *amicus curiae* is considered and it is GRANTED.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

_____          _____
                                                                            Clerk